**Mr. Dana Albrecht**
131 Daniel Webster Hwy #235
Nashua, NH 03060

dana.albrecht@hushmail.com
+1 (603) 809-1097

October 16, 2026

Ms. Tracy A. Uhrin, Clerk of Court
U.S. District Court, District of New Hampshire
55 Pleasant Street, Room 110
Concord, NH 03301

Re: *Albrecht v. Donovan, et al.*
1:26-cv-00738-SM-AJ

Dear Ms. Uhrin,

Please find attached a copy of my *Notice of a Lawsuit* and *Request to Waive Service of a Summons* mailed October 10, 2026 by USPS Priority Mail with signature confirmation, for each defendant, together with the two USPS acceptance receipts. The delivery status as of today's date and the USPS tracking number are shown for each defendant:

1. Patrick E. Donovan – received Oct. 14, 2026 (4200330161799581706696466283351980)
2. Abigail Albee – **refused** Oct. 14, 2026 (420033016179951080669646628335 2009)
3. Philip D. Cross – *pending delivery* (4200330161799510806696466283352023)
4. Kathleen A. Davidson – **refused** Oct. 14, 2026 (4200330161799510806696466283352047)
5. Anne M. Edwards – received Oct. 15, 2026 (4200330161799510806696466283352061)
6. Sean Gill – received Oct. 15, 2026 (4200330161799510806696466283352085)
7. Sara S. Greene – **refused** Oct. 14, 2026 (4200330161799510806696466283352108)
8. Ryan C. Guptill – **refused** Oct. 14, 2026 (4200330161799510806696466283352122)
9. Charles Keefe – **refused** Oct. 14, 2026 (4200330161799510806696466283352146)
10. Richard Lehmann – **refused** Oct. 14, 2026 (4200330161799510806696466283352160)
11. Derek D. Lick – **refused** Oct. 14, 2026 (4200330161799510806696466283352184)
12. Robert J. Lynn – **refused** Oct. 14, 2026 (4200330161799510806696466283352207)
13. Terri Peterson – **refused** Oct. 14, 2026 (4200330161799510806696466283352221)
14. Janet Spalding – *pending delivery* (4200330161799510806696466283352245)
15. Charles P.E. Stewart – received Oct. 15, 2026 (4200330161799510806696466283352269)
16. William D. Woodbury – received Oct. 15, 2026 (4200330161799510806696466283352283)
17. William Wright – received Oct. 15, 2026 (4200330161799510806696466283352306)
18. Timothy A. Gudas – received Oct. 14, 2026 (4200330161799581706696466283352314)
19. Gordon J. MacDonald – *pending delivery* (4200330161799510806696466283352337)
20. Melissa B. Countway – received Oct. 15, 2026 (4200330161799510806696466283352351)
21. Bryan K. Gould – received Oct. 15, 2026 (4200330161799510806696466283352375)
22. Daniel E. Will – **refused** Oct. 14, 2026 (4200330161799510806696466283352399)
23. Tina L. Nadeau – received Oct. 14, 2026 (4200330132769581706696466283352406)
24. Mark D. Attorri – received Oct. 15, 2026 (4200330132769510806696466283352429)
25. Martin P. Honigberg – received Oct. 14, 2026 (4200330132769510806696466283352443)
26. Lawrence A. MacLeod, Jr. – received Oct. 15, 2026 (4200330132769510806696466283352467)
27. James W. Kennedy – received Oct. 14, 2026 (4200330132769510806696466283352481)
28. Jessica A. King – received Oct. 14, 2026 (4200330132769510806696466283352504)

29. USPS eReceipt No. 840-50200092-3-16498096-2 (Oct. 10, 2026, 11:40 pm) – items 1-22
30. USPS eReceipt No. 840-50200092-3-16498203-1 (Oct. 10, 2026, 11:42 pm) – items 23-28

Thank you for your time and attention.

Sincerely,

Dana Albrecht
Encl.