**Subject:** [Suspected Junk Mail] USPS eReceipt
**From:** DoNotReply@ereceipt.usps.gov
**Date:** 10/10/26, 23:40
**To:** DANA.ALBRECHT@HUSHMAIL.COM

UNITED STATES POSTAL SERVICE ®

FORT POINT
25 DORCHESTER AVE RM 1
BOSTON, MA 02205-9761
www.usps.com

10/10/2026 11:40

---

TRACKING NUMBERS

9581 7066 9646 6283 3519 80
9510 8066 9646 6283 3520 09
9510 8066 9646 6283 3520 23
9510 8066 9646 6283 3520 47
9510 8066 9646 6283 3520 61
9510 8066 9646 6283 3520 85
9510 8066 9646 6283 3521 08
9510 8066 9646 6283 3521 22
9510 8066 9646 6283 3521 46
9510 8066 9646 6283 3521 60
9510 8066 9646 6283 3521 84
9510 8066 9646 6283 3522 07
9510 8066 9646 6283 3522 21
9510 8066 9646 6283 3522 45
9510 8066 9646 6283 3522 69
9510 8066 9646 6283 3522 83
9510 8066 9646 6283 3523 06
9581 7066 9646 6283 3523 14
9510 8066 9646 6283 3523 37
9510 8066 9646 6283 3523 51
9510 8066 9646 6283 3523 75
9510 8066 9646 6283 3523 99

---

TRACK STATUS OF ITEMS BY LINK
(Up to 25 items)
Click to track items

---

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

---

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

---

PURCHASE DETAILS

---

| Product | Qty | Unit Price | Pri |
|---|---|---|---|
| Prepaid Mail<br>Concord, NH 03301<br>Weight: 0 lb 8.40 oz<br>Acceptance Date:<br>Sat 10/10/2026<br>Tracking #:<br>9581 7066 9646 6283 3519 80 | 1 | | $0. |
| Prepaid Mail<br>Concord, NH 03301<br>Weight: 0 lb 8.40 oz<br>Acceptance Date:<br>Sat 10/10/2026<br>Tracking #:<br>9510 8066 9646 6283 3520 09 | 1 | | $0. |
| Prepaid Mail<br>Concord, NH 03301<br>Weight: 0 lb 8.60 oz<br>Acceptance Date:<br>Sat 10/10/2026<br>Tracking #:<br>9510 8066 9646 6283 3520 23 | 1 | | $0. |
| Prepaid Mail<br>Concord, NH 03301<br>Weight: 0 lb 8.40 oz<br>Acceptance Date:<br>Sat 10/10/2026<br>Tracking #:<br>9510 8066 9646 6283 3520 47 | 1 | | $0. |
| Prepaid Mail<br>Concord, NH 03301<br>Weight: 0 lb 8.40 oz<br>Acceptance Date:<br>Sat 10/10/2026<br>Tracking #:<br>9510 8066 9646 6283 3520 61 | 1 | | $0. |

| | | |
|---|---|---|
| Prepaid Mail<br>Concord, NH 03301<br>Weight: 0 lb 8.40 oz<br>Acceptance Date:<br>Sat 10/10/2026<br>Tracking #:<br>9510 8066 9646 6283 3520 85 | 1 | $0. |
| Prepaid Mail<br>Concord, NH 03301<br>Weight: 0 lb 8.60 oz<br>Acceptance Date:<br>Sat 10/10/2026<br>Tracking #:<br>9510 8066 9646 6283 3521 08 | 1 | $0. |
| Prepaid Mail<br>Concord, NH 03301<br>Weight: 0 lb 8.40 oz<br>Acceptance Date:<br>Sat 10/10/2026<br>Tracking #:<br>9510 8066 9646 6283 3521 22 | 1 | $0. |
| Prepaid Mail<br>Concord, NH 03301<br>Weight: 0 lb 8.40 oz<br>Acceptance Date:<br>Sat 10/10/2026<br>Tracking #:<br>9510 8066 9646 6283 3521 46 | 1 | $0. |
| Prepaid Mail<br>Concord, NH 03301<br>Weight: 0 lb 8.60 oz<br>Acceptance Date:<br>Sat 10/10/2026<br>Tracking #:<br>9510 8066 9646 6283 3521 60 | 1 | $0. |
| Prepaid Mail<br>Concord, NH 03301<br>Weight: 0 lb 8.40 oz<br>Acceptance Date:<br>Sat 10/10/2026<br>Tracking #:<br>9510 8066 9646 6283 3521 84 | 1 | $0. |

| | | |
|---|---|---|
| Prepaid Mail<br>Concord, NH 03301<br>Weight: 0 lb 8.40 oz<br>Acceptance Date:<br>Sat 10/10/2026<br>Tracking #:<br>9510 8066 9646 6283 3522 07 | 1 | $0. |
| Prepaid Mail<br>Concord, NH 03301<br>Weight: 0 lb 8.40 oz<br>Acceptance Date:<br>Sat 10/10/2026<br>Tracking #:<br>9510 8066 9646 6283 3522 21 | 1 | $0. |
| Prepaid Mail<br>Concord, NH 03301<br>Weight: 0 lb 8.40 oz<br>Acceptance Date:<br>Sat 10/10/2026<br>Tracking #:<br>9510 8066 9646 6283 3522 45 | 1 | $0. |
| Prepaid Mail<br>Concord, NH 03301<br>Weight: 0 lb 8.40 oz<br>Acceptance Date:<br>Sat 10/10/2026<br>Tracking #:<br>9510 8066 9646 6283 3522 69 | 1 | $0. |
| Prepaid Mail<br>Concord, NH 03301<br>Weight: 0 lb 8.40 oz<br>Acceptance Date:<br>Sat 10/10/2026<br>Tracking #:<br>9510 8066 9646 6283 3522 83 | 1 | $0. |
| Prepaid Mail<br>Concord, NH 03301<br>Weight: 0 lb 8.40 oz<br>Acceptance Date:<br>Sat 10/10/2026<br>Tracking #:<br>9510 8066 9646 6283 3523 06 | 1 | $0. |
| Prepaid Mail | 1 | $0. |

```
    Concord, NH 03301
    Weight: 0 lb  8.40 oz
    Acceptance Date:
        Sat 10/10/2026
    Tracking #:
        9581 7066 9646 6283 3523 14

Prepaid Mail                                 1                        $0.
    Concord, NH 03301
    Weight: 0 lb  8.40 oz
    Acceptance Date:
        Sat 10/10/2026
    Tracking #:
        9510 8066 9646 6283 3523 37

Prepaid Mail                                 1                        $0.
    Concord, NH 03301
    Weight: 0 lb  8.40 oz
    Acceptance Date:
        Sat 10/10/2026
    Tracking #:
        9510 8066 9646 6283 3523 51

Prepaid Mail                                 1                        $0.
    Concord, NH 03301
    Weight: 0 lb  8.40 oz
    Acceptance Date:
        Sat 10/10/2026
    Tracking #:
        9510 8066 9646 6283 3523 75

Prepaid Mail                                 1                        $0.
    Concord, NH 03301
    Weight: 0 lb  8.40 oz
    Acceptance Date:
        Sat 10/10/2026
    Tracking #:
        9510 8066 9646 6283 3523 99

-------------------------------------------------------------------------
Grand Total:                                                          $0.
-------------------------------------------------------------------------
-------------------------------------------------------------------------

                         TO REPORT AN ISSUE
                   Visit https://emailus.usps.com

              All hazardous labels/markings on reused
                      boxes MUST be completely
```

removed/obliterated if they no longer
match the contents.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/pos?mt=9
or call 1-800-410-7420.

---

UFN: 240079-0109
Receipt #: 840-50200092-3-16498096-2
Clerk: 32

**Privacy Act Statement:** Your information will be used to provide you with electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request receive an electronic receipt. We do not disclose your information to thi parties without your consent, except to facilitate the transaction, to ac on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as requir by law or in legal proceedings; to contractors and other entities aiding to fulfill the service (service providers); to process servers; to domest government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit
www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.