**Subject:** [Suspected Junk Mail] USPS eReceipt
**From:** DoNotReply@ereceipt.usps.gov
**Date:** 10/10/26, 23:42
**To:** DANA.ALBRECHT@HUSHMAIL.COM

UNITED STATES POSTAL SERVICE ®

FORT POINT
25 DORCHESTER AVE RM 1
BOSTON, MA 02205-9761
www.usps.com

10/10/2026 11:42

---

TRACKING NUMBERS
9581 7066 9646 6283 3524 06
9510 8066 9646 6283 3524 29
9510 8066 9646 6283 3524 43
9510 8066 9646 6283 3524 67
9510 8066 9646 6283 3524 81
9510 8066 9646 6283 3525 04

---

TRACK STATUS OF ITEMS BY LINK
(Up to 25 items)
Click to track items

---

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

---

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

---

PURCHASE DETAILS

| Product | Qty | Unit Price | Pri |
|---|---|---|---|
| Prepaid Mail<br>Concord, NH 03301<br>Weight: 0 lb 8.40 oz<br>Acceptance Date:<br>Sat 10/10/2026<br>Tracking #: | 1 | | $0. |

9581 7066 9646 6283 3524 06

Prepaid Mail 1 $0.
Concord, NH 03301
Weight: 0 lb 8.40 oz
Acceptance Date:
Sat 10/10/2026
Tracking #:
9510 8066 9646 6283 3524 29

Prepaid Mail 1 $0.
Concord, NH 03301
Weight: 0 lb 8.40 oz
Acceptance Date:
Sat 10/10/2026
Tracking #:
9510 8066 9646 6283 3524 43

Prepaid Mail 1 $0.
Concord, NH 03301
Weight: 0 lb 8.40 oz
Acceptance Date:
Sat 10/10/2026
Tracking #:
9510 8066 9646 6283 3524 67

Prepaid Mail 1 $0.
Concord, NH 03301
Weight: 0 lb 8.40 oz
Acceptance Date:
Sat 10/10/2026
Tracking #:
9510 8066 9646 6283 3524 81

Prepaid Mail 1 $0.
Concord, NH 03301
Weight: 0 lb 8.40 oz
Acceptance Date:
Sat 10/10/2026
Tracking #:
9510 8066 9646 6283 3525 04

------------------------------------------------------------------------
Grand Total: $0.
------------------------------------------------------------------------
------------------------------------------------------------------------

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused
boxes MUST be completely
removed/obliterated if they no longer
match the contents.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/pos?mt=9
or call 1-800-410-7420.

--------------------------------------------------------------------------

UFN: 240079-0109
Receipt #: 840-50200092-3-16498203-1
Clerk: 32

**Privacy Act Statement:** Your information will be used to provide you with electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request receive an electronic receipt. We do not disclose your information to thi parties without your consent, except to facilitate the transaction, to ac on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as requir by law or in legal proceedings; to contractors and other entities aiding to fulfill the service (service providers); to process servers; to domest government agencies if needed as part of their duties; and to a foreign

government agency for violations and alleged violations of law. For more information on our privacy policies visit www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.