**Mr. Dana Albrecht**
131 Daniel Webster Hwy #235
Nashua, NH 03060

dana.albrecht@hushmail.com
+1 (603) 809-1097

October 21, 2026

Ms. Tracy A. Uhrin, Clerk of Court
U.S. District Court, District of New Hampshire
55 Pleasant Street, Room 110
Concord, NH 03301

Re: *Albrecht v. Donovan, et al.*
1:26-cv-00738-SM-AJ

Dear Ms. Uhrin,

Please find attached, as Exhibits 4-1 through 4-13, a proposed *Summons in a Civil Action* (Form AO 440) for each of the thirteen defendants whose *Notice of a Lawsuit* and *Request to Waive Service of a Summons*, mailed October 10, 2026 (see ECF No. 3), was refused or has not been delivered.

I respectfully request that the Clerk sign, seal, and issue each summons pursuant to Fed. R. Civ. P. 4(b). The status of each defendant's waiver request as of today's date, and the corresponding attachment to ECF No. 3, are shown below:

1. Abigail Albee, Esq. – **refused** Oct. 14, 2026 (ECF No. 3-2)
2. Hon. Philip D. Cross – *not delivered* (available for pickup since Oct. 14, 2026; ECF No. 3-3)
3. Kathleen A. Davidson, Esq. – **refused** Oct. 14, 2026 (ECF No. 3-4)
4. Sara S. Greene, Esq. – **refused** Oct. 14, 2026 (ECF No. 3-7)
5. Hon. Ryan C. Guptill – **refused** Oct. 14, 2026 (ECF No. 3-8)
6. Charles Keefe, Esq. – **refused** Oct. 14, 2026 (ECF No. 3-9)
7. Richard Lehmann, Esq. – **refused** Oct. 14, 2026 (ECF No. 3-10)
8. Derek D. Lick, Esq. – **refused** Oct. 14, 2026 (ECF No. 3-11)
9. Rep. Robert J. Lynn – **refused** Oct. 14, 2026 (ECF No. 3-12)
10. Terri Peterson – **refused** Oct. 14, 2026 (ECF No. 3-13)
11. Janet Spalding, CPA – **refused** Oct. 20, 2026 (ECF No. 3-14)
12. Gordon J. MacDonald – **refused** Oct. 20, 2026 (ECF No. 3-19)
13. Hon. Daniel E. Will – **refused** Oct. 14, 2026 (ECF No. 3-22)

Summonses are not requested at this time for the fifteen defendants whose waiver requests were delivered.

Thank you for your time and attention.

Sincerely,

Dana Albrecht
Encl.