**Mr. Dana Albrecht**
131 Daniel Webster Hwy #235
Nashua, NH 03060

dana.albrecht@hushmail.com
+1 (603) 809-1097

October 30, 2026

Ms. Tracy A. Uhrin, Clerk of Court
U.S. District Court, District of New Hampshire
55 Pleasant Street, Room 110
Concord, NH 03301

Re: *Albrecht v. Donovan, et al.*
1:26-cv-00738-SM-AJ

Dear Ms. Uhrin,

Please find attached, as Exhibits 1 through 28, a proposed two-page *Summons in a Civil Action* (Form AO 440) for each of the twenty-eight defendants, in the order they are named in the caption of the Complaint (ECF No. 1).

I respectfully request that the Clerk sign, seal, and issue each summons pursuant to Fed. R. Civ. P. 4(b).

Thank you for your time and attention.

Sincerely,

Dana Albrecht
Encl.