# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

Dana Albrecht

*Plaintiff*

v.

NH Supreme Court, Senior Associate Justice et al.

*Defendant*

Case No. 1:26-cv-00738-SM-AJ

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Please see attached list.

Date: 1 1 / 1 3/ 2 0 2 6

*/s/ Mary E. Maloney*
*Attorney's signature*

Mary Maloney 1603
*Printed name and bar number*

1 Granite Place South
Concord, NH 03301
*Address*

mary.e.maloney@doj.nh.gov
*E-mail address*

(603) 271-3658
*Telephone number*

(603) 271-2110
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF: All parties of record.

Conventionally Served:

Dana Albrecht
131 Daniel Webster Highway #235
Nashua, NH 03060

Date: November 13, 2026

*/s/ Mary E. Maloney*
Mary E. Maloney

***<u>Albrecht v New Hampshire Supreme Court, Senior Associate Justice, et al.</u>***

Case No.: 1:26-cv-00738-SM-AJ

List of Defendants we are representing:

1. **Honorable Patrick E. Donovan**, Chair, Advisory Committee on Rules; Senior Associate Justice, New Hampshire Supreme Court.
2. **Abigail Albee, Esq**., Member, Advisory Committee on Rules, New Hampshire Supreme Court.
3. **Honorable Philip D. Cross**, Member, Advisory Committee on Rules, New Hampshire Supreme Court.
4. **Kathleen A. Davidson, Esq.,** Member, Advisory Committee on Rules, New Hampshire Supreme Court.
5. **Honorable Anne M. Edwards**, Member, Advisory Committee on Rules, New Hampshire Supreme Court.
6. **Sean Gill, Esq.,** Member, Advisory Committee on Rules, New Hampshire Supreme Court.
7. **Sara S. Greene, Esq.**, Member, Advisory Committee on Rules, New Hampshire Supreme Court.
8. **Honorable Ryan C. Guptill,** Member, Advisory Committee on Rules, New Hampshire Supreme Court.
9. **Charles, Keefe, Esq.,** Member, Advisory Committee on Rules, New Hampshire Supreme Court.
10. **Richard Lehmann, Esq.,** Member, Advisory Committee on Rules, New Hampshire Supreme Court.
11. **Derek D. Lick, Esq.,** Member, Advisory Committee on Rules, New Hampshire Supreme Court.
12. **Representative Robert J. Lynn,** Member, Advisory Committee on Rules, New Hampshire Supreme Court.
13. **Terri Peterson,** Member, Advisory Committee on Rules, New Hampshire Supreme Court.
14. **Janet Spalding, CPA,** Member, Advisory Committee on Rules, New Hampshire Supreme Court.
15. **Charles P.E. Stewart,** Member, Advisory Committee on Rules, New Hampshire Supreme Court.
16. **William D. Woodbury, Esq.,** Member, Advisory Committee on Rules, New Hampshire Supreme Court.
17. **Sheriff William Wright,** Member, Advisory Committee on Rules, New Hampshire Supreme Court.
18. **Timothy A. Gudas,** Clerk, New Hampshire Supreme Court.
19. **Gordon J. MacDonald,** Former Chief Justice, New Hampshire Supreme Court.

20. **Honorable Melissa B. Countway,** Associate Justice, New Hampshire Supreme Court.
21. **Honorable Bryan K. Gould,** Associate Justice, New Hampshire Supreme Court.
22. **Honorable Daniel E. Will,** Associate Justice, New Hampshire Supreme Court.
23. **Honorable Tina L. Nadeau,** Justice Specially Assigned, New Hampshire Supreme Court.
24. **Honorable Mark D. Attorri,** Justice Specially Assigned, New Hampshire Supreme Court.
25. **Honorable Martin P. Honigberg,** Justice Specially Assigned, New Hampshire Supreme Court.
26. **Honorable Lawrence A. MacLeod, Jr.,** Justice Specially Assigned, New Hampshire Supreme Court.
27. **Honorable James W. Kennedy,** Justice Specially Assigned, New Hampshire Supreme Courts.
28. **Jessica A. King, General Counsel,** New Hampshire Judicial Branch.