**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| DANA ALBRECHT,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK E. DONOVAN, *et al.*,<br><br>Defendants. | Civil No.1:26-CV-00738-SM-AJ |

**STATE DEFENDANTS ASSENTED-TO MOTION**
**TO EXTEND DEADLINE TO FILE ANSWER OR RESPONSIVE PLEADING**

NOW COME the Defendants, Patrick E. Donovan, Abigail Albee, Phillip D. Cross, Kathleen A. Davidson, Anne M. Edwards, Sean Gill, Sara S. Greene, Ryan C. Guptill, Charles Keefe, Richard Lehmann, Derek D. Lick, Robert J. Lynn, Terri Peterson, Janet Spaulding, Charles P.E. Stewart, William D. Woodbury and William Wright, Timothy A. Gudas, Gordon J. MacDonald, Melissa B. Countway, Bryan K. Gould, Daniel E. Will, Tina L. Nadeau, Mark D. Attorri, Martin P. Honigberg, Lawrence A. Macleod, Jr., James W. Kennedy and Jessica A. King by and through their undersigned counsel, and pursuant to LR 7.2(a), hereby requests this Court to extend the deadline for the filing of their answer or responsive pleading by sixty days, up to and including January 8, 2027, and in support thereof, states as follows:

1. The Plaintiff filed his complaint with this Court on or about September 11, 2026.

2. This Court issued Summons to the twenty-eight Defendants on different dates including October 30, 2026 and November 4, 2026.

3. Since the Defendants are being represented by their undersigned counsel and have agreed to accept service for all twenty-eight Defendants, assent from the Plaintiff was sought and

given to extend deadlines for all twenty-eight Defendants out 60 days from November 9, 2026, to January 8, 2027.

4. The extension sought herein is requested in good faith and will not cause prejudice to any party.

5. Plaintiff, Dana Albrecht, has been contacted and indicated that he assents to the extension of time requested herein.

WHEREFORE, the Defendants respectfully request this Court to extend the deadline for the filing their Answer or Responsive Pleading by sixty days, up to and including January 8, 2027, together with such other and further relief as this Court deems just and proper.

Respectfully submitted,

NEW HAMPSHIRE SUPREME COURT,
NEW HAMPSHIRE SUPREME COURT
ADVISORY COMMITTEE ON RULES,
NEW HAMPSHIRE JUDICIAL BRANCH

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: November 13, 2026

/s/ *Mary E. Maloney*

Mary E. Maloney, Esq., Bar No. 1603
Assistant Attorney General
New Hampshire Department of Justice
1 Granite Place South
Concord, NH 03301
(603) 271-3650
mary.e.maloney@doj.nh.gov

**CERTIFICATE OF SERVICE**

I, Mary E. Maloney, hereby certify that copy of the foregoing motion was sent, this day to all parties and/or counsel of record via the Courts CM/ECF system.

Dated: November 13, 2026

/s/ *Mary E. Maloney*
Mary E. Maloney, Esq.